UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BROWN,

    Plaintiff,

 -vs-                                         Case No. 17-13303
                                                Hon. Laurie J. Michelson

CAPPO MANAGEMENT II, INC.,

    Defendant.

## STIPULATED ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

The parties to this stipulation agree that The entire lawsuit including all claims and counterclaims should be dismissed with prejudice and without costs, sanctions, or attorneys fees. Stipulated to by:

| By: | s/ Adam G. Taub_____ | By: | s/Rana D. Lange |
|---|---|---|---|
| | Adam G. Taub (P48703) | | Rana D. Lange |
| | Attorney for Christopher Brown | | Attorney for Defendant |
| | 17200 West Ten Mile Rd, Ste 200 | | 32605 W 12 Mile Rd. Ste 300 |
| | Southfield, MI 48075 | | Farmington Hills, MI 48334 |
| | (248) 746-3790 | | (313) 324-2620 |
| | adamgtaub@clgplc.net | | rdlange@kopkalaw.com |

Dated: January 3, 2018

**IT IS SO ORDERED**.

                                                     s/Laurie J. Michelson_____
                                                     LAURIE J. MICHELSON
                                                     U.S. DISTRICT JUDGE

Dated: January 3, 2018